we find no error and affirm the dissolution judgment.

AFFIRMED. Rule 84.16(b).

■

**James G. DAVIES, Respondent,**

v.

**Beatrice W. HARRIS–DAVIES, Appellant.**

**No. WD 76936.**

Missouri Court of Appeals, Western District.

Aug. 19, 2014.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 30, 2014.

Kent E. Gipson, Kansas City, MO, for appellant.

Shaun Mackelprang, Jefferson City, MO, for respondent.

Before Division One: MARK D. PFEIFFER, Presiding Judge, LISA WHITE HARDWICK and KAREN KING MITCHELL, Judges.

**ORDER**

PER CURIAM.

Beatrice Harris–Davies appeals the judgment of the circuit court dissolving her marriage to James Davies. Appellant challenges the circuit court's division of marital property. For reasons explained in a Memorandum provided to the parties,